# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04585-RGK-KS | Date | December 2, 2022 |
|---|---|---|---|
| Title | *Jamila Mroueh v. Los Angeles Cnty. Dept. of Child & Fam. Servs.* | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Striking Defendant's Motion to Dismiss**

On November 14, 2022, the Court struck Defendant's late-filed Motion to Dismiss and ordered Plaintiff to file an application for entry of default by no later than November 21, 2022. (*See* Order Striking Def.'s Mot. to Dismiss, ECF No. 25.) In that Order, the Court warned Plaintiff that failure to file an application by the deadline would result in dismissal of this action. (*Id.* at 2.) Plaintiff did not file an application within the deadline (or at all). The Court therefore **DISMISSES** the case.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/a |